## 480.   GAINER *v.* THE STATE.

:RUSSELL, J.  1. The fact that a party is black and ragged, and asleep at night, and has not worked for four days, although he may have no money, will not of itself authorize a conviction for vagrancy.
.2. Where a person has been arrested without a warrant, evidence, obtained by unlawful search and seizure, that such person has no money, should be rejected.
.3. The evidence did not authorize the conviction, which consequently was contrary to law.          *Judgment reversed.*

Accusation of vagrancy, from city court of Douglas—Judge Roan.   May 3, 1907.

Submitted May 27,—Decided May 28, 1907.

*Rogers & Heath, F. Willis Dart,* for plaintiff in error.
*M. D. Dickerson, solicitor,* contra.